# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Allina Health Systems Plaintiffs: Mary Roe 1; John Doe 1; Mary Roe 2; Mary Roe 3; Mary Roe 4; Mary Roe 5; Mary Roe 6; Mary Roe 7; Mary Roe 8; Mary Roe 9; Mary Roe 10; Mary Roe 11; Mary Roe 12; John Doe 2; Mary Roe 13; Mary Roe 14; Mary Roe 15; Mary Roe 16; Mary Roe 17; John Doe 3; Mary Roe 18; John Doe 4; Mary Roe 19; Mary Roe 20; Mary Roe 21; Mary Roe 22; Mary Roe 23; Mary Roe 24; Mary Roe 25; Mary Roe 26; John Doe 5; John Doe 6; Mary Roe 27; Mary Roe 28; Mary Roe 29; Mary Roe 30; Mary Roe 31; Mary Roe 32; Mary Roe 33; John Doe 7; Mary Roe 34; Mary Roe 35; Mary Roe 36; John Doe 8; Mary Roe 37; Mary Roe 38; Mary Roe 39; John Doe 9; Mary Roe 40; Mary Roe 41; Mary Roe 42; Mary Roe 43; John Doe 10; Mary Roe 44; Mary Roe 45; Mary Roe 46; Mary Roe 47; Mary Roe 48; Mary Roe 49; Mary Roe 50; John Doe 11; Mary Roe 51; John Doe 12; Mary Roe 52; Mary Roe 53; Mary Roe 54; Mary Roe 55; Mary Roe 56; John Doe 13; Mary Roe 57; Carris Health System Plaintiff: Mary Roe 58; CentraCare Plaintiffs: Mary Roe 59; Mary Roe 60; Mary Roe 61; Mary Roe 62; Mary Roe 63; Mary Roe 64; Mary Roe 65; Mary Roe 66; Children's Health Care Plaintiffs:  Mary Roe 67; Mary Roe 68; Mary Roe 69; Mary Roe 70; Essentia Health Plaintiffs: Mary Roe 71; John Doe 14; Mary Roe 72; John Doe 15; Mary Roe 73; Mary Roe 74; Mary Roe 75; Mary Roe 76; Mary Roe 77; Mary Roe 78; | Court File No. 21-CV-02127 (NEB/HB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

CASE 0:21-cv-02127-NEB-HB   Doc. 131   Filed 10/19/21   Page 2 of 4

Gillette Children's Specialty Healthcare Plaintiffs: Mary Roe 79; John Doe 16; Mary Roe 80; Mary Roe 81; Mary Roe 82;

Group Health Plan, Inc. Plaintiffs: Mary Roe 83; Mary Roe 84; Mary Roe 85; Mary Roe 86; Mary Roe 87; Mary Roe 88; Mary Roe 89; Mary Roe 90; Mary Roe 91; Mary Roe 92; Mary Roe 93; John Doe 17; Mary Roe 94; Mary Roe 95; Mary Roe 96; Mary Roe 97; Mary Roe 98; Mary Roe 99; Mary Roe 100; Mary Roe 101; Mary Roe 102; Mary Roe 103; Mary Roe 104; Mary Roe 105; Mary Roe 106; Mary Roe 107; Mary Roe 108;

M Health Fairview Plaintiffs:  Mary Roe 109; John Doe 18; John Doe 19; John Doe 20; John Doe 21; Mary Roe 110; Mary Roe 111; Mary Roe 112; Mary Roe 113; Mary Roe 114; Mary Roe 115; Mary Roe 116; Mary Roe 117; Mary Roe 118; Mary Roe 119; Mary Roe 120; Mary Roe 121; Mary Roe 122; Mary Roe 123; Mary Roe 124; John Doe 22; John Doe 23; Mary Roe 125; John Doe 24; Mary Roe 126; Mary Roe 127; Mary Roe 128; Mary Roe 129; Mary Roe 130; Mary Roe 131; John Doe 25; John Doe 26; Mary Roe 132; Mary Roe 133; Mary Roe 134; Mary Roe 135; Mary Roe 136; Mary Roe 137; Mary Roe 138; Mary Roe 139; Mary Roe 140; Mary Roe 141; Mary Roe 142; John Doe 27; Mary Roe 143; Mary Roe 144; Mary Roe 145; Mary Roe 146; Mary Roe 147; Mary Roe 148; Mary Roe 149; Mary Roe 150; Mary Roe 151; Mary Roe 152; Mary Roe 153; Mary Roe 154;

Mayo Clinic Plaintiffs;  John Doe 28; John Doe 29;

Minneapolis Radiation Oncology Plaintiff: Mary Roe 155;

North Memorial Health Care Plaintiff: Mary Roe 156;

Northfield Hospital & Clinics Plaintiff: Mary Roe 157;

| | |
|---|---|
| St. Luke's Hospital System Plaintiffs: Mary Roe 158; John Doe 30;<br><br>*Plaintiffs*,<br><br>vs<br><br>Allina Health System; Affiliated Community Medical Centers, Ltd.; Carris Health - Redwood, LLC; Group Health Plan, Inc.; Children's Health Care; ESSENTIA HEALTH; St. Mary's Duluth Clinic Health System; CentraCare Health System; Fairview Health Services; Fairview Physician Associates Network; Gillette Children's Specialty Health Care; SMDC Medical Center; Regions Hospital; University of Minnesota Physicians; Mayo Clinic; North Memorial Health Care; Park Nicollet Methodist Hospital; St. Luke's Hospital of Duluth; Minneapolis Radiation Oncology, P.A.; Lakeview Memorial Hospital Association, Inc.; XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROCHELLE P. WALENSKY**,** MD, MPH, in her official capacity as Director of the Center for Disease Control and Prevention, CENTER FOR DISEASE CONTROL AND PREVENTION, CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendants*. | |

Under Fed. R. Civ. P. 41(a)(1)(A)(i), the undersigned, as counsel for all Plaintiffs in the above captioned action, hereby files this Notice of Dismissal of the above captioned action without prejudice.

Dated: October 19, 2021        *s/Gregory M. Erickson*
William F. Mohrman, 168816
Gregory M. Erickson 0276522
Vincent Fahnlander, 19220X
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: erickson@mklaw.com
*Attorneys for Plaintiffs*